IN THE UNITED STATES DISTRICT COURT
             FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**UNITED STATES OF AMERICA,**

           Plaintiff,

     v.                           CRIMINAL NO. 1:14CR86-5
                                         (Judge Keeley)


**ELLAN MILLER,**

           Defendant.

           **ORDER ACCEPTING AND ADOPTING MAGISTRATE JUDGE'S**
            **OPINION/REPORT RECOMMENDATION CONCERNING PLEA OF**
            **GUILTY IN FELONY CASE AND SCHEDULING SENTENCING HEARING**

     On January 21, 2015, defendant, Ellan Miller ("Miller"), appeared before United States Magistrate Judge John S. Kaull and moved for permission to enter a plea of GUILTY to Count Thirty-Five of the Indictment  Miller stated that she understood that the magistrate judge is not a United States District Judge, and consented to pleading before the magistrate judge.  This Court had referred the guilty plea to the magistrate judge for the purposes of administering the allocution pursuant to Federal Rule of Criminal Procedure 11, making a finding as to whether the plea was knowingly and voluntarily entered, and recommending to this Court whether the plea should be accepted.

     Based upon Miller's statements during the plea hearing and the government's proffer establishing that an independent factual basis for the plea existed, the magistrate judge found that Miller was competent to enter a plea, that the plea was freely and voluntarily

**ORDER ACCEPTING AND ADOPTING MAGISTRATE JUDGE'S
OPINION/REPORT RECOMMENDATION CONCERNING PLEA OF
GUILTY IN FELONY CASE AND SCHEDULING SENTENCING HEARING**

given, that she was aware of the nature of the charge against her and the consequences of her plea, and that a factual basis existed for the tendered plea. On January 29, 2015, the magistrate judge entered an Opinion/Report and Recommendation Concerning Plea of Guilty in Felony Case ("R&R") (dkt. no. 95) finding a factual basis for the plea and recommended that this Court accept Miller's plea of guilty to Count Thirty-Five of the Indictment.

The magistrate judge also directed the parties to file any written objections to the R&R within fourteen (14) days after service of the R&R. The magistrate judge further directed that failure to file objections would result in a waiver of the right to appeal from a judgment of this Court based on the R&R. On January 29, 2015, the government, by Assistant United States Attorney Shawn A. Morgan ("Morgan"), responded to the R&R stating the government had no objection (dkt. no. 96). Miller did not file any objections.

Accordingly, this Court **ADOPTS** the magistrate judge's R&R, **ACCEPTS** Miller's guilty plea, and **ADJUGES** her **GUILTY** of the crime charged in Count Thirty-Five of the Indictment.

Pursuant to Fed. R. Crim. P. 11(e)(2) and U.S.S.G. § 6B1.1(c), the Court **DEFERS** acceptance of the proposed plea agreement until it

**USA v. ELLAN MILLER**                                                  **1:14CR86-5**

**ORDER ACCEPTING AND ADOPTING MAGISTRATE JUDGE'S
OPINION/REPORT RECOMMENDATION CONCERNING PLEA OF
GUILTY IN FELONY CASE AND SCHEDULING SENTENCING HEARING**

has received and reviewed the presentence report prepared in this matter.

Pursuant to U.S.S.G. § 6A1 et seq., the Court **ORDERS** as follows:

1. The Probation Officer undertake a presentence investigation of **ELLAN MILLER,** and prepare a presentence report for the Court;

2. The Government and Miller are to provide their versions of the offense to the probation officer by **February 26, 2015**;

3. The presentence report is to be disclosed to Miller, defense counsel, and the United States on or before **April 13, 2015**; however, the Probation Officer is not to disclose the sentencing recommendations made pursuant to Fed. R. Crim. P. 32(e)(3);

4. Counsel may file written objections to the presentence report on or before **April 27, 2015;**

5. The Office of Probation shall submit the presentence report with addendum to the Court on or before **May 11, 2015**; and

6. Counsel may file any written sentencing statements and motions for departure from the Sentencing Guidelines, including the

**ORDER ACCEPTING AND ADOPTING MAGISTRATE JUDGE'S
OPINION/REPORT RECOMMENDATION CONCERNING PLEA OF
GUILTY IN FELONY CASE AND SCHEDULING SENTENCING HEARING**

factual basis from the statements or motions, on or before **May 25, 2015.**

The magistrate judge continued Miller on bond pursuant to the Order Setting Conditions of Release (dkt. no. 28) entered on November 14, 2014.

The Court will conduct the sentencing hearing for the defendant on **Monday, June 1, 2015** at **3:30 P.M.** at the **Clarksburg, West Virginia** point of holding court.

It is so **ORDERED**.

The Clerk is directed to transmit copies of this Order to counsel of record, the defendant and all appropriate agencies.

DATED: February 13, 2015

/s/ Irene M. Keeley
IRENE M. KEELEY
UNITED STATES DISTRICT JUDGE